# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Roger Alfred Knauf | § | Case No. 8:15-bk-10087-MGW |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/01/2015 . The undersigned trustee was appointed on 10/02/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 125,255.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,093.83 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 124,161.17 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/19/2016 and the deadline for filing governmental claims was 03/29/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,512.75 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,512.75 , for a total compensation of $ 9,512.75 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 138.75 , for total expenses of $ 138.75 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/15/2017              By:/s/Nicole M. Cameron
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-10087 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Roger Alfred Knauf | | | | Date Filed (f) or Converted (c): | 10/01/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/30/2015 |
| For Period Ending: | 03/15/2017 | | | | Claims Bar Date: | 02/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead Property Located At 2832 Chelsea Place N., Clearwa | 550,000.00 | 0.00 | | 0.00 | FA |
| 2. 50% Interest In Property With Lodge Located At 246 210Th Ave | 1,125,000.00 | 321,942.89 | | 50,000.00 | FA |
| 3. 50% Of 1/10Th Interest In Unimproved 38 Acres In Johnson, Wi | 72,500.00 | 72,500.00 | | 0.00 | FA |
| 4. 50% Equitable Interest In Unimproved Lot In Marion County, F | 3,100.00 | 3,100.00 | | 2,500.00 | FA |
| 5. 50% Interest In Two Unimproved Lots In Barron County, Wi. (J | 17,000.00 | 16,148.04 | | 5,000.00 | FA |
| 6. Three Unimproved Lots In Citrus County, Florida - Tax Apprai | 33,745.00 | 32,804.19 | | 15,000.00 | FA |
| 7. Regions Bank Checking Account no ****9083 (overdrawn) | 0.00 | 0.00 | | 0.00 | FA |
| 8. Regions Bank Checking Account #****7549 - "Household Account | 0.00 | 0.00 | | 0.00 | FA |
| 9. Chase Bank checking acct.****1078 - 489.65 on hold, overdraw | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1/2 share, Misc. household goods and furnishings - see Attac | 2,980.00 | 2,980.00 | | 1,725.00 | FA |
| 11. 50% ownership of furniture and furnishings at Wisconsin lodg | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 12. 1/2 share, Misc CDs and DVDs (jointly owned with nonfiling s | 30.00 | 30.00 | | 30.00 | FA |
| 13. Misc. men's wearing apparel and accessories | 100.00 | 100.00 | | 0.00 | FA |
| 14. 2 rings - $300 watch - $50 | 350.00 | 350.00 | | 0.00 | FA |
| 15. Golf clubs | 50.00 | 50.00 | | 0.00 | FA |
| 16. Metropolitan Life Ins. Co. Term life insurance - no cash sur | 0.00 | 0.00 | | 0.00 | FA |
| 17. AXA Term life insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 18. Raymond James IRA | 960.00 | 960.00 | | 0.00 | FA |
| 19. 50% membership interest in Peak Advantage, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. 50% membership interest in Peak Asset Management, LLC | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 21. 50% membership interest in CLW Investment Group, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22. 50% membership in DS Data Services, LLC | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-10087 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Roger Alfred Knauf | | | | Date Filed (f) or Converted (c): | 10/01/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/30/2015 |
| For Period Ending: | 03/15/2017 | | | | Claims Bar Date: | 02/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 50% membership interest in DS Portfolio Management, LLC | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 24. 50% membership interest in RAK Group, LLC | Unknown | 0.00 | | 0.00 | FA |
| 25. 25% membership interest in Clearwater Debt Investment II, LL | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 26. 1/3 membership interest in Clearwater Debt Investment I, LLC | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 27. 25% membership interest in R&M Property Leasing and Rentals, | Unknown | 0.00 | | 0.00 | FA |
| 28. 50% membership interest in Ron & Rog Enterprises, LLC | 9,000.00 | 5,500.00 | | 4,000.00 | FA |
| 29. 100% membership interest in Envoy Enterprises, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 30. 50% membership interest in Pipe Dream Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 31. 1/4 share, R&M Property Leasing and Rentals, LLC | 65,000.00 | 65,000.00 | | 30,000.00 | FA |
| 32. Judgment against Clay's Car Wash | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 33. 2011 Chevrolet Suburban | 21,182.87 | 21,182.87 | | 0.00 | FA |
| 34. 2007 Chevrolet Equinox (150,000 mi) | 3,500.00 | 3,500.00 | | 2,000.00 | FA |
| 35. 50% interest, 15 yr old pontoon boat and 30 HP motor titled | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 36. 2 snowmobiles (1997 Arctic CAT and 1996 Polaris) | 600.00 | 600.00 | | 0.00 | FA |
| 37. 1/2 share, Wyndham Tennessee timeshare located in Fairfield | 9,500.00 | 9,500.00 | | 0.00 | FA |
| 38. Prudential IRA | 2,925.13 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,959,023.00    $597,747.99        $125,255.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

11/12/15 - prepared and filed App Empl Atty Watkins - NMC
11/16/15 - t/c w/Allan Watkins; Debtor offer to buyback business interests $15,000 (DS Data, DS Portfolio, Peak Advantage, Peak Asset, R&M, RAK Group, CLW Investment, Envoy Enterprises, Clearwater Debt I & Clearwater Debt II), working on buyback of non-exempt PP, working on buyback of real estate; looking at offer to purchase assets of Ron & Rog LLC by partner for $4,000 - NMC
11/17/15 - filed Not of Assets - NMC
12/4/15 -  QR -filed NOIS for sale of interest in DS Data Services, LLC; DS Portfolio Management, LLC; Peak Asset Management, LLC; RAK Group, LLC; CLW Investment Group, LLC; Envoy Enterprises, LLC; Clearwater Debt Investment Group I, LLC; Peak Advantage, LLC, and Clearwater Debt Investment Group II, LLC for $15,000 to Lokfisk Enterprises, LLC; filed NOIS for interest in Ron & Rog Enterprises LLC for $4000 to Ronald D. Piccinini; Atty Watkins filed Obj to Exemptions for legal theory of TBE not applicable to lots - NMC
1/6/16 - Hrg set on NOIS for LLC interest and NOIS for Ron & Rog Enterprises and MTD by creditor for 1/14/16 - NMC
1/14/16 - MTD denied; M/Sell granted - NMC
2/20/16 - reviewed POC; emailed POC #8 & #9 for additional docs - NMC
3/3/16 - QR - rcvd docs per request for POC #8 & #9 - OK - NMC
3/24/16 - t/c w/Allan Watkins working on offers for Lodge in Wisconsin and lots in Florida; reviewed Amended POC #4 - OK - NMC
5/30/16 - QR - M/Sell lodge, etc filed 5/25/16; emailed f/u Atty Watkins status on closing on sale of lots in Florida & WI - NMC
7/12/16 - filed NOIS for car & PP buyback - NMC
8/15/16 - reached agreement to sell R&M Property Leasing for $30,000 based on documentation that Debtor only owns 1/4 interest not full 1/2 interest - NMC
9/8/16 - QR - emailed Atty Watkins f/u on the following:
1)   Sale of R&M Property Leasing – need payment – 24 days objection period runs 9/11/16
2)   Sale of 2007 Chevy Equinox & household goods – need payment
3)   Sale of 3 lots in Citrus County for $15,000 – need deeds and payment – 24 days objection period runs 9/11/16
4)   Sale of Wisconsin Lodge – need recorded deed
11/11/15/16 - rcvd payment for all sales; filed Obj to POC for Citrus County and Barron County as they are to be paid directly by buyers - NMC
11/11/19/16 - sent docs to CPA Hagerich to employ for Estate tax return - NMC
11/23/16 - QR - filed App Employ Hagerich CPA - NMC
12/8/16 - signed Estate tax return and sent to CPA - NMC
12/13/16 - waiting on recorded deeds to prepare TFR - NMC
12/20/16 - no R to Obj to POCs; prepared and uploaded O for J signature - NMC
 1/31/17 - filed CPA fee app; emailed Atty Watkins for final Fee app and copy of recorded deed for sale of Wisconsin lodge - NMC
3/7/17 - QR - t/c w/Atty Watkins re: still need recorded Wisconsin Lodge deed; having issues due to atty in Wisconsin is retired and cannot get him to record the deed - NMC

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC |
| RE PROP # | 4 | -- | M/Sell filed 4/22/16 - 1/2 value agreed to sell at $2500 |
| RE PROP # | 5 | -- | M/Sell filed 4/22/16 - 1/2 value $10,000; agreed to sell at $5,000 |
| RE PROP # | 11 | -- | 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC |
| RE PROP # | 19 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 20 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 21 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 22 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 23 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 24 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 25 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 26 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 27 | -- | same as asset #31 |
| RE PROP # | 28 | -- | 12/2/15 - sold for $4,000 to Ronald D. Piccinini - NMC |
| RE PROP # | 29 | -- | 11/24/15 - Sold as a global asset - see Asset #20 |
| RE PROP # | 30 | -- | 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC |
| RE PROP # | 32 | -- | 10/3/16 - not moving forward with collection as expense to collect wold outweigh any benefit to the Estate - NMC |
| RE PROP # | 35 | -- | 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC |
| RE PROP # | 36 | -- | 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC |

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 12/31/2017

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-10087 | Trustee Name: Nicole M. Cameron |
| Case Name: Roger Alfred Knauf | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6957 |
| | Checking |
| Taxpayer ID No: XX-XXX4676 | Blanket Bond (per case limit): $40,278,000.00 |
| For Period Ending: 03/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | 20 | Pecarek & Herman, Chartered<br>200 Clearwater - Largo Road South<br>Largo, FL 33770 | Payment of non-exempt PP Payment of non-exempt Assets - rcvd from Pecarek & Herman, Chartered o/b/o Roger Knauf - CK #5501238399 - NOIS Doc #24 | 1129-000 | $15,000.00 | | $15,000.00 |
| 02/22/16 | 28 | ALLAN C WATKINS<br>WATKINS LAW FIRM, PA<br>707 N FRANKLIN STREET, SUITE 750<br>TAMPA, FL  33602 | Payment of non-exempt PP Payment of sale of Ron & Rog, LLC - rcvd from Allan Watkins o/b/o Ronald Piccinini (funds held in trust until sale finalized) - ck#1867 - per O overruling Obj to Trustee's Report of Sale - Doc #55 | 1129-000 | $1,000.00 | | $16,000.00 |
| 02/22/16 | 28 | Ronald Piccinini<br>5228 Chesterfield Cir.<br>Palm Harbor, FL 34683 | Payment of non-exempt PP Payment of sale of Ron & Rog, LLC - rcvd from Ronald Piccinini - ck#466 - per O overruling Obj to Trustee's Report of Sale - Doc #55 | 1129-000 | $3,000.00 | | $19,000.00 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.12 | $18,982.88 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.16 | $18,954.72 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.22 | $18,927.50 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.09 | $18,899.41 |
| 06/30/16 | | Harris Schmidt<br>252 210th Ave.<br>Comstock, WI 54826 | Payment of Estate's interest in real property Purchase of lots - rcvd from Harris Schmidt - Ck#9983 - per O Grantinng M/Sell Doc #72 | | $7,500.00 | | $26,399.41 |
| | | | Gross Receipts    $7,500.00 | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                       Page Subtotals:                $26,500.00        $100.59

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-10087 | Trustee Name: | Nicole M. Cameron | |
| Case Name: | Roger Alfred Knauf | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX6957 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4676 | Blanket Bond (per case limit): | $40,278,000.00 | |
| For Period Ending: | 03/15/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 4 | | 50% Equitable Interest In Unimproved Lot In Marion County, F | $2,500.00 | 1110-000 | | |
| | 5 | | 50% Interest In Two Unimproved Lots In Barron County, Wi. (J | $5,000.00 | 1110-000 | | |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.14 | $26,372.27 |
| 08/05/16 | 2 | Watkins Law Firm P.A<br>Suite 750, Tampa Theater Building<br>707 North Franklin Street<br>Tampa, FL 33602 | Payment of non-exempt PP Sale of Wisconsin Lodge - rcvd from Watkins law Firm o/b/o Robert A. Johnson and Christopher J. Winkler - Ck #1858 - Order Granting Motion To Sell Doc #74 | 1110-000 | $50,000.00 | | $76,372.27 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.12 | $76,333.15 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.45 | $76,236.70 |
| 10/05/16 | 6 | Roger Alfred Knauf<br>2832 CHELSEA PLACE N.<br>CLEARWATER, FL 33759 | Payment of Estate's interest in real property Payment of purchase of Citrus County lots - rcvd from Debtor - Ck#1002904313 - per O M/Comp Doc #80 | 1110-000 | $15,000.00 | | $91,236.70 |
| 10/05/16 | | Roger Alfred Knauf<br>2832 CHELSEA PLACE N.<br>CLEARWATER, FL 33759 | Payment of non-exempt PP Payment of non-exempt PP - rcvd from Debtor - Ck#5502374925 - per NOIS Doc #76 | | $3,755.00 | | $94,991.70 |
| | | | Gross Receipts | $3,755.00 | | | |
| | 10 | | 1/2 share, Misc. household goods and furnishings - see Attac | $1,725.00 | 1129-000 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*  Page Subtotals: $68,755.00  $162.71

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-10087 | Trustee Name: Nicole M. Cameron |
| Case Name: Roger Alfred Knauf | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6957 |
| | Checking |
| Taxpayer ID No: XX-XXX4676 | Blanket Bond (per case limit): $40,278,000.00 |
| For Period Ending: 03/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 12 | | 1/2 share, Misc CDs and DVDs (jointly owned with nonfiling s  $30.00 | 1129-000 | | | |
| | 34 | | 2007 Chevrolet Equinox (150,000 mi)  $2,000.00 | 1129-000 | | | |
| 10/06/16 | 31 | Roger Alfred Knauf 2832 CHELSEA PLACE N. CLEARWATER, FL 33759 | Payment of non-exempt PP Payment of purchase of interest in R&M Property Leasing & Rentals, LLC - rcvd from Debtor - Ck#1217204799 - per NOIS Doc #77 | 1121-000 | $30,000.00 | | $124,991.70 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.47 | $124,882.23 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.14 | $124,710.09 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $179.08 | $124,531.01 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $184.81 | $124,346.20 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $185.03 | $124,161.17 |

| | | |
|---|---|---|
| COLUMN TOTALS | $125,255.00 | $1,093.83 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $125,255.00 | $1,093.83 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,255.00 | $1,093.83 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Page Subtotals:    $30,000.00    $830.53

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6957 - Checking | $125,255.00 | $1,093.83 | $124,161.17 |
|  | $125,255.00 | $1,093.83 | $124,161.17 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $125,255.00 |
| Total Gross Receipts: | $125,255.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:15-bk-10087-MGW
Debtor Name: Roger Alfred Knauf
Claims Bar Date: 2/19/2016

Date: March 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | Alvin Hagerich, CPA<br>13794 S. Garden Cove Cir.<br>Davie, FL 33325 | Administrative | | $0.00 | $1,855.00 | $1,855.00 |
| 100 3420 | Alvin Hagerich, CPA<br>13794 S. Garden Cove Cir.<br>Davie, FL 33325 | Administrative | | $0.00 | $24.12 | $24.12 |
| 100 2100 | Nicole M. Cameron<br>235 Apollo Beach Blvd., #231<br>Apollo Beach, FL  33572 | Administrative | | $0.00 | $9,512.75 | $9,512.75 |
| 100 2200 | Nicole M. Cameron<br>235 Apollo Beach Blvd., #231<br>Apollo Beach, FL  33572 | Administrative | | $0.00 | $138.75 | $138.75 |
| 100 3210 | ALLAN C WATKINS<br>WATKINS LAW FIRM, PA<br>707 N FRANKLIN STREET, SUITE 750<br>TAMPA, FL  33602 | Administrative | | $0.00 | $18,540.00 | $18,540.00 |
| 100 3220 | ALLAN C WATKINS<br>WATKINS LAW FIRM, PA<br>707 N FRANKLIN STREET, SUITE 750<br>TAMPA, FL  33602 | Administrative | | $0.00 | $275.27 | $275.27 |
| 5 280 5800 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | 2/20/16 - priority portion of claim - NMC | $111,185.24 | $185,090.58 | $180,224.00 |
| 2 400 4110 | Pinellas County Tax Collector<br>P O Box 6340<br>Clearwater, Fl 33758-6340 | Secured | 2/20/16 - reviewed - secured for homestead not being administered in BK - NMC | $0.00 | $7,080.12 | $0.00 |
| 6 400 4110 | Barron County Treasurer<br>335 E. Monroe Ave., Suite 2412<br>Barron, Wi 54812-6280 | Secured | 11/15/16 - filed Obj to POC - NMC<br>12/22/16 - O Sustaining Obj to POC Doc #94 - NMC | $851.96 | $898.86 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:15-bk-10087-MGW                                                                                                   Date: March 15, 2017
Debtor Name: Roger Alfred Knauf
Claims Bar Date: 2/19/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 10<br>400<br>4110 | Citrus County Tax Collector<br>210 N. Apopka Ave., Suite 100<br>Inverness, Fl 34450-4298 | Secured | 11/15/16 - filed Obj to POC - NMC<br>12/22/16 - O sustaining Obj to POC Doc #93 - NMC | $0.00 | $339.17 | $0.00 |
| 11<br>400<br>4110 | Citrus County Tax Collector<br>210 N. Apopka Ave., Suite 100<br>Inverness, Fl 34450-4298 | Secured | 11/15/16 - filed Obj to POC - NMC<br>12/22/16 - O sustaining Obj to POC Doc #93 - NMC | $0.00 | $256.05 | $0.00 |
| 12<br>400<br>4110 | Citrus County Tax Collector<br>210 N. Apopka Ave., Suite 100<br>Inverness, Fl 34450-4298 | Secured | 11/15/16 - filed Obj to POC - NMC<br>12/22/16 - O sustaining Obj to POC Doc #93 - NMC | $0.00 | $244.33 | $0.00 |
| 13<br>400<br>4110 | Citrus County Tax Collector<br>210 N. Apopka Ave., Suite 100<br>Inverness, Fl 34450-4298 | Secured | 11/15/16 - filed Obj to POC - NMC<br>12/22/16 - O sustaining Obj to POC Doc #93 - NMC | $0.00 | $177.18 | $0.00 |
| 14<br>400<br>4110 | Citrus County Tax Collector<br>210 N. Apopka Ave., Suite 100<br>Inverness, Fl 34450-4298 | Secured | 11/15/16 - filed Obj to POC - NMC<br>12/22/16 - O sustaining Obj to POC Doc #93 - NMC | $0.00 | $378.62 | $0.00 |
| 15<br>400<br>4110 | Citrus County Tax Collector<br>210 N. Apopka Ave., Suite 100<br>Inverness, Fl 34450-4298 | Secured | 11/15/16 - filed Obj to POC - NMC<br>12/22/16 - O sustaining Obj to POC Doc #93 - NMC | $0.00 | $287.07 | $0.00 |
| 1<br>300<br>7100 | Valley National Bank<br>C/O Piedra & Associates, P.A.<br>201 Alhambra Circle<br>Suite 1200<br>Coral Gables, Fl 33134 | Unsecured | 2/20/16 - reviewed - OK - NMC | $167,772.54 | $170,239.72 | $170,239.72 |
| 4<br>300<br>7100 | Rref Rb-Fl Rak, Llc<br>Jones Walker Llp<br>Barry S. Turner, Esq.<br>201 Biscayne Blvd., Suite 2600<br>Miami, Florida 33131 | Unsecured | 3/24/16 - reviewed - OK - NMC | $0.00 | $449,189.13 | $449,189.13 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:15-bk-10087-MGW  
Debtor Name: Roger Alfred Knauf  
Claims Bar Date: 2/19/2016

Date: March 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5b 300 7100 | Internal Revenue Service Centralized Insolvency Operation Po Box 7346 Philadelphia, Pa 19101-7346 | Unsecured | 2/20/16 - unsecured interest portion of claim - NMC | $86,582.92 | $185,090.58 | $4,866.58 |
| 5c 380 7300 | Internal Revenue Service Centralized Insolvency Operation Po Box 7346 Philadelphia, Pa 19101-7346 | Unsecured | 2/20/16 - subordinated penalty portion of claim - NMC | $0.00 | $185,090.58 | $15,810.94 |
| 7 300 7100 | American Express Centurion Bank C/O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Unsecured | 3/3/16 - reviewed - amends Claim #7 - OK - NMC | $0.00 | $15,594.89 | $15,594.89 |
| 8 300 7100 | Bmo Harris Bank N.A. Po Box 2035 Milwaukee, Wi 53201 | Unsecured | 2/20/16 - emailed to get additional documents - NMC<br>3/3/16 - last payment was 12/6/14 - claim OK - NMC | $0.00 | $37,776.21 | $37,776.21 |
| 9 300 7100 | Santander Bank, N.A. 601 Penn Street 10-6438-Fb7 Reading, Pa 19601 | Unsecured | 2/20/16 - emailed creditor for more documents - NMC<br>3/3/16 - last payment rcvd was 11/17/11 - claim OK - NMC | $0.00 | $155,167.07 | $155,167.07 |
| | Case Totals | | | $366,392.66 | $1,423,246.05 | $1,059,214.43 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:15-bk-10087-MGW
Case Name: Roger Alfred Knauf
Trustee Name: Nicole M. Cameron

Balance on hand $ 124,161.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Citrus County Tax Collector | $ 339.17 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Citrus County Tax Collector | $ 256.05 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | Citrus County Tax Collector | $ 244.33 | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | Citrus County Tax Collector | $ 177.18 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | Citrus County Tax Collector | $ 378.62 | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | Citrus County Tax Collector | $ 287.07 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Pinellas County Tax Collector | $ 7,080.12 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | Barron County Treasurer | $ 898.86 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $ 0.00

Remaining Balance     $ 124,161.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Nicole M. Cameron | $ 9,512.75 | $ 0.00 | $ 9,512.75 |
| Trustee Expenses: Nicole M. Cameron | $ 138.75 | $ 0.00 | $ 138.75 |
| Attorney for Trustee Fees: ALLAN C WATKINS | $ 18,540.00 | $ 0.00 | $ 18,540.00 |
| Attorney for Trustee Expenses: ALLAN C WATKINS | $ 275.27 | $ 0.00 | $ 275.27 |
| Accountant for Trustee Fees: Alvin Hagerich, CPA | $ 1,855.00 | $ 0.00 | $ 1,855.00 |
| Accountant for Trustee Expenses: Alvin Hagerich, CPA | $ 24.12 | $ 0.00 | $ 24.12 |

Total to be paid for chapter 7 administrative expenses         $ 30,345.89

Remaining Balance         $ 93,815.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 180,224.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Internal Revenue Service | $ 180,224.00 | $ 0.00 | $ 93,815.28 |

Total to be paid to priority creditors         $ 93,815.28

Remaining Balance         $ 0.00

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 832,833.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Valley National Bank | $ 170,239.72 | $ 0.00 | $ 0.00 |
| 4 | Rref Rb-Fl Rak, Llc | $ 449,189.13 | $ 0.00 | $ 0.00 |
| 5b | Internal Revenue Service | $ 4,866.58 | $ 0.00 | $ 0.00 |
| 7 | American Express Centurion Bank | $ 15,594.89 | $ 0.00 | $ 0.00 |
| 8 | Bmo Harris Bank N.A. | $ 37,776.21 | $ 0.00 | $ 0.00 |
| 9 | Santander Bank, N.A. | $ 155,167.07 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 15,810.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5c | Internal Revenue Service | $ 15,810.94 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |