UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Roger Alfred Knauf | § | Case No. 8:15-bk-10087-MGW |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Nicole M. Cameron, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 125,282.87<br>*(Without deducting any secured claims)* | Assets Exempt: 558,865.13 |
| Total Distributions to Claimants: 93,815.28 | Claims Discharged<br>Without Payment: 2,786,551.91 |
| Total Expenses of Administration: 31,439.72 | |

3) Total gross receipts of $ 125,255.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 125,255.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,026,280.53 | $ 458,850.53 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 31,439.72 | 31,439.72 | 31,439.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 111,185.24 | 185,090.58 | 180,224.00 | 93,815.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 528,929.33 | 1,383,982.79 | 848,644.54 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,666,395.10 | $ 2,059,363.62 | $ 1,060,308.26 | $ 125,255.00 |

4) This case was originally filed under chapter 7 on 10/01/2015 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/29/2017          By:/s/Nicole M. Cameron
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 50% Equitable Interest In Unimproved Lot In Marion County, F | 1110-000 | 2,500.00 |
| 50% Interest In Property With Lodge Located At 246 210Th Ave | 1110-000 | 50,000.00 |
| 50% Interest In Two Unimproved Lots In Barron County, Wi. (J | 1110-000 | 5,000.00 |
| Three Unimproved Lots In Citrus County, Florida - Tax Apprai | 1110-000 | 15,000.00 |
| 1/4 share, R&M Property Leasing and Rentals, LLC | 1121-000 | 30,000.00 |
| 1/2 share, Misc CDs and DVDs (jointly owned with nonfiling s | 1129-000 | 30.00 |
| 1/2 share, Misc. household goods and furnishings - see Attac | 1129-000 | 1,725.00 |
| 2007 Chevrolet Equinox (150,000 mi) | 1129-000 | 2,000.00 |
| 50% membership interest in Peak Asset Management, LLC | 1129-000 | 15,000.00 |
| 50% membership interest in Ron & Rog Enterprises, LLC | 1129-000 | 4,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
| --- | --- | --- |
| TOTAL GROSS RECEIPTS | | $ 125,255.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
| --- | --- | --- | --- |
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Associated Bank 433 Main Street Green Bay, WI 54301 | | 803,057.11 | NA | NA | 0.00 |
| | Citrus County Tax Collector 210 N Apopka Avenue, Suite 100 Inverness, FL 34450-4298 | | 940.81 | NA | NA | 0.00 |
| | John C. and Rita Williams, Partners 3659 Homestead Road Tallahassee, FL 32309 | | 0.00 | NA | NA | 0.00 |
| | Rajendra Gupta 14221 Lake Candlewood Court Hialeah, FL 33014 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA P.O. Box 660633 Dallas, TX 75266-0633 | | 21,182.87 | NA | NA | 0.00 |
| | Specialized Loan Servicing, LLC 8742 Lucent Blvd. Suite 300 Littleton, CO 80129 | | 755,637.00 | NA | NA | 0.00 |
| | Wyndham Vacation Resorts 8727 South Park circle Orlando, FL 32819 | | 11,600.00 | NA | NA | 0.00 |
| 6 | Barron County Treasurer | 4110-000 | 851.96 | 898.86 | 0.00 | 0.00 |
| 10 | Citrus County Tax Collector | 4110-000 | NA | 339.17 | 0.00 | 0.00 |
| 11 | Citrus County Tax Collector | 4110-000 | NA | 256.05 | 0.00 | 0.00 |
| 12 | Citrus County Tax Collector | 4110-000 | NA | 244.33 | 0.00 | 0.00 |
| 13 | Citrus County Tax Collector | 4110-000 | NA | 177.18 | 0.00 | 0.00 |
| 14 | Citrus County Tax Collector | 4110-000 | NA | 378.62 | 0.00 | 0.00 |
| 15 | Citrus County Tax Collector | 4110-000 | NA | 287.07 | 0.00 | 0.00 |
| 2 | Pinellas County Tax Collector | 4110-000 | NA | 7,080.12 | 0.00 | 0.00 |
| 4 | Rref Rb-Fl Rak, Llc | 4110-000 | 433,010.78 | 449,189.13 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,026,280.53 | $ 458,850.53 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nicole M. Cameron | 2100-000 | NA | 9,512.75 | 9,512.75 | 9,512.75 |
| Nicole M. Cameron | 2200-000 | NA | 138.75 | 138.75 | 138.75 |
| Union Bank | 2600-000 | NA | 1,093.83 | 1,093.83 | 1,093.83 |
| ALLAN C WATKINS | 3210-000 | NA | 18,540.00 | 18,540.00 | 18,540.00 |
| ALLAN C WATKINS | 3220-000 | NA | 275.27 | 275.27 | 275.27 |
| Alvin Hagerich, CPA | 3410-000 | NA | 1,855.00 | 1,855.00 | 1,855.00 |
| Alvin Hagerich, CPA | 3420-000 | NA | 24.12 | 24.12 | 24.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 31,439.72 | $ 31,439.72 | $ 31,439.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | 111,185.24 | 185,090.58 | 180,224.00 | 93,815.28 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 111,185.24 | $ 185,090.58 | $ 180,224.00 | $ 93,815.28 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barry Lockwood 108 Camille Court Oldsmar, FL 34677 | | 0.00 | NA | NA | 0.00 |
| | BMO Harris Bank 180 Executive Drive Brookfield, WI 53005 | | 37,776.21 | NA | NA | 0.00 |
| | BMO Harris Bank 180 N. Executive Drive Brookfield, WI 53005 | | 55,370.34 | NA | NA | 0.00 |
| | BMO Harris Bank c/o Allied International Credit Corp. 100 Eastshore Drive #300 Glen Allen, VA 23059 | | 0.00 | NA | NA | 0.00 |
| | CBIZ, MHM LLC 3577 Feather Sound Dr., #400 Clearwater, FL 33762 | | 2,750.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Gassman Law Associates P.O. Box 4009 Clearwater, FL 33758 | | 796.49 | NA | NA | 0.00 |
| | Innisbrook Resort & Golf Club 36750 US Highway 19 N. Palm Harbor, FL 34684 | | 1,047.84 | NA | NA | 0.00 |
| | Joel Treuhaft, Esq. 2274 FL-580 Clearwater, FL 33763 | | 0.00 | NA | NA | 0.00 |
| | Johnson Pope Bokor Ruppel & Burns 911 Chestnut Street Clearwater, FL 33756-1368 | | 617.50 | NA | NA | 0.00 |
| | Matt Pilz 710 1st Avenue SW Largo, FL 33770 | | 0.00 | NA | NA | 0.00 |
| | Minnesota Dept. of Revenue 600 N. Robert Street Saint Paul, MN 55101 | | 63,683.85 | NA | NA | 0.00 |
| | Regions Bank P.O. Box 1984 Birmingham, AL 35201 | | 25,994.64 | NA | NA | 0.00 |
| | Ronald Piccinini 147 Brookside Court Palm Harbor, FL 34683 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RREF RB-FL RAK, LLC c/o Ben Harris, Esq. Jones Walker, LLP 201 South Biscayne Blvd. Miami, FL 33131 | | 0.00 | NA | NA | 0.00 |
| | Santander Card Services P.O. Box 12768 Reading, PA 19612 | | 4,028.04 | NA | NA | 0.00 |
| | Santander P.O. Box 16255 Reading, PA 19612 | | 67,015.95 | NA | NA | 0.00 |
| | Valley National Bank c/o Katrina Sosa, Esq. Piedra & Associates, P.A. 201 Alhambra Circle, Suite 1200 Miami, FL 33134 | | 0.00 | NA | NA | 0.00 |
| 7 | American Express Centurion Bank | 7100-000 | NA | 15,594.89 | 15,594.89 | 0.00 |
| 7 | American Express Travel Related Services | 7100-000 | 15,493.01 | 15,594.89 | 0.00 | 0.00 |
| 8 | Bmo Harris Bank N.A. | 7100-000 | NA | 37,776.21 | 37,776.21 | 0.00 |
| 5b | Internal Revenue Service | 7100-000 | 86,582.92 | 185,090.58 | 4,866.58 | 0.00 |
| 4 | Rref Rb-Fl Rak, Llc | 7100-000 | NA | 449,189.13 | 449,189.13 | 0.00 |
| 9 | Santander Bank, N.A. | 7100-000 | NA | 155,167.07 | 155,167.07 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Valley National Bank | 7100-000 | 167,772.54 | 170,239.72 | 170,239.72 | 0.00 |
| 3 | Valley National Bank | 7100-000 | NA | 170,239.72 | 0.00 | 0.00 |
| 5c | Internal Revenue Service | 7300-000 | NA | 185,090.58 | 15,810.94 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 528,929.33 | $ 1,383,982.79 | $ 848,644.54 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 15-10087 MGW Judge: Michael G. Williamson

Case Name: Roger Alfred Knauf

For Period Ending: 07/29/2017

Trustee Name: Nicole M. Cameron

Date Filed (f) or Converted (c): 10/01/2015 (f)

341(a) Meeting Date: 10/30/2015

Claims Bar Date: 02/19/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead Property Located At 2832 Chelsea Place N., Clearwa | 550,000.00 | 0.00 | | 0.00 | FA |
| 2. 50% Interest In Property With Lodge Located At 246 210Th Ave | 1,125,000.00 | 321,942.89 | | 50,000.00 | FA |
| 3. 50% Of 1/10Th Interest In Unimproved 38 Acres In Johnson, Wi | 72,500.00 | 72,500.00 | | 0.00 | FA |
| 4. 50% Equitable Interest In Unimproved Lot In Marion County, F | 3,100.00 | 3,100.00 | | 2,500.00 | FA |
| 5. 50% Interest In Two Unimproved Lots In Barron County, Wi. (J | 17,000.00 | 16,148.04 | | 5,000.00 | FA |
| 6. Three Unimproved Lots In Citrus County, Florida - Tax Apprai | 33,745.00 | 32,804.19 | | 15,000.00 | FA |
| 7. Regions Bank Checking Account no ****9083 (overdrawn) | 0.00 | 0.00 | | 0.00 | FA |
| 8. Regions Bank Checking Account #****7549 - "Household Account | 0.00 | 0.00 | | 0.00 | FA |
| 9. Chase Bank checking acct.****1078 - 489.65 on hold, overdraw | 0.00 | 0.00 | | 0.00 | FA |
| 10. 1/2 share, Misc. household goods and furnishings - see Attac | 2,980.00 | 2,980.00 | | 1,725.00 | FA |
| 11. 50% ownership of furniture and furnishings at Wisconsin lodg | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 12. 1/2 share, Misc CDs and DVDs (jointly owned with nonfiling s | 30.00 | 30.00 | | 30.00 | FA |
| 13. Misc. men's wearing apparel and accessories | 100.00 | 100.00 | | 0.00 | FA |
| 14. 2 rings - $300 watch - $50 | 350.00 | 350.00 | | 0.00 | FA |
| 15. Golf clubs | 50.00 | 50.00 | | 0.00 | FA |
| 16. Metropolitan Life Ins. Co. Term life insurance - no cash sur | 0.00 | 0.00 | | 0.00 | FA |
| 17. AXA Term life insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 18. Raymond James IRA | 960.00 | 960.00 | | 0.00 | FA |
| 19. 50% membership interest in Peak Advantage, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. 50% membership interest in Peak Asset Management, LLC | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 21. 50% membership interest in CLW Investment Group, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22. 50% membership in DS Data Services, LLC | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 15-10087 MGW Judge: Michael G. Williamson
Case Name: Roger Alfred Knauf

For Period Ending: 07/29/2017

Trustee Name: Nicole M. Cameron
Date Filed (f) or Converted (c): 10/01/2015 (f)
341(a) Meeting Date: 10/30/2015
Claims Bar Date: 02/19/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 50% membership interest in DS Portfolio Management, LLC | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 24. 50% membership interest in RAK Group, LLC | Unknown | 0.00 | | 0.00 | FA |
| 25. 25% membership interest in Clearwater Debt Investment II, LL | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 26. 1/3 membership interest in Clearwater Debt Investment I, LLC | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 27. 25% membership interest in R&M Property Leasing and Rentals, | Unknown | 0.00 | | 0.00 | FA |
| 28. 50% membership interest in Ron & Rog Enterprises, LLC | 9,000.00 | 5,500.00 | | 4,000.00 | FA |
| 29. 100% membership interest in Envoy Enterprises, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 30. 50% membership interest in Pipe Dream Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 31. 1/4 share, R&M Property Leasing and Rentals, LLC | 65,000.00 | 65,000.00 | | 30,000.00 | FA |
| 32. Judgment against Clay's Car Wash | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 33. 2011 Chevrolet Suburban | 21,182.87 | 21,182.87 | | 0.00 | FA |
| 34. 2007 Chevrolet Equinox (150,000 mi) | 3,500.00 | 3,500.00 | | 2,000.00 | FA |
| 35. 50% interest, 15 yr old pontoon boat and 30 HP motor titled | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 36. 2 snowmobiles (1997 Arctic CAT and 1996 Polaris) | 600.00 | 600.00 | | 0.00 | FA |
| 37. 1/2 share, Wyndham Tennessee timeshare located in Fairfield | 9,500.00 | 9,500.00 | | 0.00 | FA |
| 38. Prudential IRA | 2,925.13 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,959,023.00 | $597,747.99 | | $125,255.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

11/12/15 - prepared and filed App Empl Atty Watkins - NMC
11/16/15 - t/c w/Allan Watkins; Debtor offer to buyback business interests $15,000 (DS Data, DS Portfolio, Peak Advantage, Peak Asset, R&M, RAK Group, CLW Investment, Envoy Enterprises, Clearwater Debt I & Clearwater Debt II), working on buyback of non-exempt PP, working on buyback of real estate; looking at offer to purchase assets of Ron & Rog LLC by partner for $4,000 - NMC
11/17/15 - filed Not of Assets - NMC
12/4/15 - QR -filed NOIS for sale of interest in DS Data Services, LLC; DS Portfolio Management, LLC; Peak Asset Management, LLC; RAK Group, LLC; CLW Investment Group, LLC; Envoy Enterprises, LLC; Clearwater Debt Investment Group I, LLC; Peak Advantage, LLC, and Clearwater Debt Investment Group II, LLC for $15,000 to Lokfisk Enterprises, LLC; filed NOIS for interest in Ron & Rog Enterprises LLC for $4000 to Ronald D. Piccinini; Atty Watkins filed Obj to Exemptions for legal theory of TBE not applicable to lots - NMC
1/6/16 - Hrg set on NOIS for LLC interest and NOIS for Ron & Rog Enterprises and MTD by creditor for 1/14/16 - NMC
1/14/16 - MTD denied; M/Sell granted - NMC
2/20/16 - reviewed POC; emailed POC #8 & #9 for additional docs - NMC
3/3/16 - QR - rcvd docs per request for POC #8 & #9 - OK - NMC
3/24/16 - t/c w/Allan Watkins working on offers for Lodge in Wisconsin and lots in Florida; reviewed Amended POC #4 - OK - NMC
5/30/16 - QR - M/Sell lodge, etc filed 5/25/16; emailed f/u Atty Watkins status on closing on sale of lots in Florida & WI - NMC
7/12/16 - filed NOIS for car & PP buyback - NMC
8/15/16 - reached agreement to sell R&M Property Leasing for $30,000 based on documentation that Debtor only owns 1/4 interest not full 1/2 interest - NMC
9/8/16 - QR - emailed Atty Watkins f/u on the following:
1) Sale of R&M Property Leasing – need payment – 24 days objection period runs 9/11/16
2) Sale of 2007 Chevy Equinox & household goods – need payment
3) Sale of 3 lots in Citrus County for $15,000 – need deeds and payment – 24 days objection period runs 9/11/16
4) Sale of Wisconsin Lodge – need recorded deed
11/11/15/16 - rcvd payment for all sales; filed Obj to POC for Citrus County and Barron County as they are to be paid directly by buyers - NMC
11/11/19/16 - sent docs to CPA Hagerich to employ for Estate tax return - NMC
11/23/16 - QR - filed App Employ Hagerich CPA - NMC
12/8/16 - signed Estate tax return and sent to CPA - NMC
12/13/16 - waiting on recorded deeds to prepare TFR - NMC
12/20/16 - no R to Obj to POCs; prepared and uploaded O for J signature - NMC
1/31/17 - filed CPA fee app; emailed Atty Watkins for final Fee app and copy of recorded deed for sale of Wisconsin lodge - NMC
3/7/17 - QR - t/c w/Atty Watkins re: still need recorded Wisconsin Lodge deed; having issues due to atty in Wisconsin is retired and cannot get him to record the deed - NMC
3/15/17 - submitted TFR - NMC
4/5/17 - filed NFR - NMC
5/22/17 - submitted ECOD - NMC
6/12/17 - mailed checks - NMC

Exhibit 8

RE PROP # 3 -- 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC
RE PROP # 4 -- M/Sell filed 4/22/16 - 1/2 value agreed to sell at $2500
RE PROP # 5 -- M/Sell filed 4/22/16 - 1/2 value $10,000; agreed to sell at $5,000
RE PROP # 11 -- 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC
RE PROP # 19 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 20 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 21 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 22 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 23 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 24 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 25 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 26 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 27 -- same as asset #31
RE PROP # 28 -- 12/2/15 - sold for $4,000 to Ronald D. Piccinini - NMC
RE PROP # 29 -- 11/24/15 - Sold as a global asset - see Asset #20
RE PROP # 30 -- 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC
RE PROP # 32 -- 10/3/16 - not moving forward with collection as expense to collect wold outweigh any benefit to the Estate - NMC
RE PROP # 35 -- 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC
RE PROP # 36 -- 5/12/16 - value is included in sale of 50% interest of Lodge Asset #3 - NMC

Initial Projected Date of Final Report (TFR): 12/31/2017 Current Projected Date of Final Report (TFR): 12/31/2017

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-10087
Case Name: Roger Alfred Knauf
Taxpayer ID No: XX-XXX4676
For Period Ending: 07/29/2017

Trustee Name: Nicole M. Cameron
Bank Name: Union Bank
Account Number/CD#: XXXXXX6957 Checking
Blanket Bond (per case limit): $40,278,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | 20 | Pecarek & Herman, Chartered<br>200 Clearwater - Largo Road South<br>Largo, FL 33770 | Payment of non-exempt PP<br>Payment of non-exempt Assets - rcvd from Pecarek & Herman, Chartered o/b/o Roger Knauf - CK #5501238399 - NOIS Doc #24 | 1129-000 | $15,000.00 | | $15,000.00 |
| 02/22/16 | 28 | ALLAN C WATKINS<br>WATKINS LAW FIRM, PA<br>707 N FRANKLIN STREET, SUITE 750<br>TAMPA, FL 33602 | Payment of non-exempt PP<br>Payment of sale of Ron & Rog, LLC - rcvd from Allan Watkins o/b/o Ronald Piccinini (funds held in trust until sale finalized) - ck#1867 - per O overruling Obj to Trustee's Report of Sale - Doc #55 | 1129-000 | $1,000.00 | | $16,000.00 |
| 02/22/16 | 28 | Ronald Piccinini<br>5228 Chesterfield Cir.<br>Palm Harbor, FL 34683 | Payment of non-exempt PP<br>Payment of sale of Ron & Rog, LLC - rcvd from Ronald Piccinini - ck#466 - per O overruling Obj to Trustee's Report of Sale - Doc #55 | 1129-000 | $3,000.00 | | $19,000.00 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.12 | $18,982.88 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.16 | $18,954.72 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.22 | $18,927.50 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.09 | $18,899.41 |
| 06/30/16 | | Harris Schmidt<br>252 210th Ave.<br>Comstock, WI 54826 | Payment of Estate's interest in real property<br>Purchase of lots - rcvd from Harris Schmidt - Ck#9983 - per O Grantinng M/Sell Doc #72 | | $7,500.00 | | $26,399.41 |
| | | | Gross Receipts $7,500.00 | | | | |

Page Subtotals: $26,500.00 $100.59

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-10087
Case Name: Roger Alfred Knauf
Taxpayer ID No: XX-XXX4676
For Period Ending: 07/29/2017

Trustee Name: Nicole M. Cameron
Bank Name: Union Bank
Account Number/CD#: XXXXXX6957 Checking
Blanket Bond (per case limit): $40,278,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 4 | | 50% Equitable Interest In Unimproved Lot In Marion County, F | $2,500.00 | 1110-000 | | | |
| | 5 | | 50% Interest In Two Unimproved Lots In Barron County, Wi. (J | $5,000.00 | 1110-000 | | | |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $27.14 | $26,372.27 |
| 08/05/16 | 2 | Watkins Law Firm P.A Suite 750, Tampa Theater Building 707 North Franklin Street Tampa, FL 33602 | Payment of non-exempt PP Sale of Wisconsin Lodge - rcvd from Watkins law Firm o/b/o Robert A. Johnson and Christopher J. Winkler - Ck #1858 - Order Granting Motion To Sell Doc #74 | | 1110-000 | $50,000.00 | | $76,372.27 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $39.12 | $76,333.15 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $96.45 | $76,236.70 |
| 10/05/16 | 6 | Roger Alfred Knauf 2832 CHELSEA PLACE N. CLEARWATER, FL 33759 | Payment of Estate's interest in real property Payment of purchase of Citrus County lots - rcvd from Debtor - Ck#1002904313 - per O M/Comp Doc #80 | | 1110-000 | $15,000.00 | | $91,236.70 |
| 10/05/16 | | Roger Alfred Knauf 2832 CHELSEA PLACE N. CLEARWATER, FL 33759 | Payment of non-exempt PP Payment of non-exempt PP - rcvd from Debtor - Ck#5502374925 - per NOIS Doc #76 | | | $3,755.00 | | $94,991.70 |
| | | | Gross Receipts | $3,755.00 | | | | |
| | 10 | | 1/2 share, Misc. household goods and furnishings - see Attac | $1,725.00 | 1129-000 | | | |

Page Subtotals: $68,755.00 $162.71

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-10087
Case Name: Roger Alfred Knauf
Taxpayer ID No: XX-XXX4676
For Period Ending: 07/29/2017

Trustee Name: Nicole M. Cameron
Bank Name: Union Bank
Account Number/CD#: XXXXXX6957
Checking
Blanket Bond (per case limit): $40,278,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 12 | | 1/2 share, Misc CDs and DVDs (jointly owned with nonfiling s | $30.00 | 1129-000 | | | |
| | 34 | | 2007 Chevrolet Equinox (150,000 mi) | $2,000.00 | 1129-000 | | | |
| 10/06/16 | 31 | Roger Alfred Knauf 2832 CHELSEA PLACE N. CLEARWATER, FL 33759 | Payment of non-exempt PP Payment of purchase of interest in R&M Property Leasing & Rentals, LLC - rcvd from Debtor - Ck#1217204799 - per NOIS Doc #77 | | 1121-000 | $30,000.00 | | $124,991.70 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $109.47 | $124,882.23 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $172.14 | $124,710.09 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $179.08 | $124,531.01 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $184.81 | $124,346.20 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $185.03 | $124,161.17 |
| 06/12/17 | 1001 | Nicole M. Cameron 235 Apollo Beach Blvd., #231 Apollo Beach, FL 33572 | Distribution | | | | $9,651.50 | $114,509.67 |
| | | Nicole M. Cameron | Final distribution representing a payment of 100.00 % per court order. | ($9,512.75) | 2100-000 | | | |
| | | Nicole M. Cameron | Final distribution representing a payment of 100.00 % per court order. | ($138.75) | 2200-000 | | | |
| 06/12/17 | 1002 | ALLAN C WATKINS WATKINS LAW FIRM, PA 707 N FRANKLIN STREET, SUITE 750 TAMPA, FL 33602 | Final distribution representing a payment of 100.00 % per court order. | | 3210-000 | | $18,540.00 | $95,969.67 |
| | | | Page Subtotals: | | | $30,000.00 | $29,022.03 | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-10087
Case Name: Roger Alfred Knauf

Taxpayer ID No: XX-XXX4676
For Period Ending: 07/29/2017

Trustee Name: Nicole M. Cameron
Bank Name: Union Bank
Account Number/CD#: XXXXXX6957
Checking
Blanket Bond (per case limit): $40,278,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/12/17 | 1003 | ALLAN C WATKINS<br>WATKINS LAW FIRM, PA<br>707 N FRANKLIN STREET, SUITE 750<br>TAMPA, FL 33602 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $275.27 | $95,694.40 |
| 06/12/17 | 1004 | Alvin Hagerich, CPA<br>13794 S. Garden Cove Cir.<br>Davie, FL 33325 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,855.00 | $93,839.40 |
| 06/12/17 | 1005 | Alvin Hagerich, CPA<br>13794 S. Garden Cove Cir.<br>Davie, FL 33325 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $24.12 | $93,815.28 |
| 06/12/17 | 1006 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 5 representing a payment of 52.05 % per court order. | 5800-000 | | $93,815.28 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $125,255.00 | $125,255.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $125,255.00 | $125,255.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,255.00 | $125,255.00 |

| Page Subtotals: | $0.00 | $95,969.67 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6957 - Checking | $125,255.00 | $125,255.00 | $0.00 |
| | $125,255.00 | $125,255.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $125,255.00 |
| Total Gross Receipts: | $125,255.00 |

Page Subtotals: $0.00 $0.00